NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD L. SHAFFER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7052

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-0758, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Richard L. Shaffer moves to stay the proceeding based on "Incompetency" and for an additional stay until May 28, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied as moot.

FOR THE COURT

APR 0 5 2012                           /s/ Jan Horbaly
————————————                           —————————————
Date                                   Jan Horbaly
                                       Clerk

cc:  Richard L. Shaffer
     J. Hunter Bennett, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2012

JAN HORBALY
CLERK